# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **SANDRA J. KLYAIC,** ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **Case No. 08-2286** |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

In December 2007, Administrative Law Judge (hereinafter "ALJ") Gerard Rickert denied Plaintiff Sandra Klyaic's application for social security disability insurance benefits. The ALJ based his decision on his finding that Plaintiff was able to perform some of her past relevant work. The Appeals Council disagreed with the ALJ regarding Plaintiff's past relevant work but found Plaintiff was not disabled.

In December 2008, Plaintiff filed a Complaint for Judicial Review (#4) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In May 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#12). In May 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment or Remand (#12). Consistent with the Court's reasoning in the Order granting Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)**.

ENTER this 26th day of February, 2010.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE